# ABSTRACT OF JUDGMENT

Notice

Pursuant to Title 28, United States Code, Section 3201,upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has power over all other liens or encumbrances which are perfected later in time.  The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.  If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained. | Names of Parties in whose favor judgments have been obtained |
|---|---|
| **Ted A Wadley; SSN: \*\*\*-\*\*-9059**<br>**2373 Central Park Blvd.**<br>**Denver, CO  80238** | **UNITED STATES OF AMERICA** |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $75,185.73 plus interest and costs<br><br>**PLUS POST-JUDGMENT INTEREST AT 5.31% PER ANNUM** | **John F. Walsh**<br>**United States Attorney**<br>**Juan G. Villaseñor**<br>**Assistant U.S. Attorney**<br>**1225 17th Street, Suite 700**<br>**Denver, CO  80202**<br>**Financial Litigation Unit** | Docket No. 94-cv-488<br>**Entered July 9, 1994, in US District Court for the District of Colorado; Renewed on May 15, 2014.** |
| UNITED STATES OF AMERICA | CLERK'S OFFICE | U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO. |

I CERTIFY, that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date:  _____June 3___, 2014

Jeffrey P. Colwell, Clerk

By:  __s/J Hawkins_____, Deputy Clerk

